UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff, | ) | CASE NO.1:05CR519-011 |
| | ) | |
| -vs- | ) | |
| | ) | |
| DEBRA GLASS, | ) | |
| | ) | |
| Defendant(s). | ) | <u>ORDER</u> |

Defendant, Debra Glass, was sentenced by this Court on March 31, 2006 to 2 years Probation on each of Counts 12 and 23 to be served concurrently, Restitution in the amount of $939.46, joint and several, and Mental Health Aftercare. Defendant entered a plea of guilty to Counts 12, and 23 of an indictment charging 18 U.S.C. 513(a) and 2 - Uttering Forged Securities and 18 U.S.C. 1708 and 2 - Theft of Mail, Aiding and Abetting, respectively.

The Court received a Violation Report from the Pretrial/Probation office recommending the Court issue a summons for Defendant to appear for Probation Revocation Hearing. The Violation Report listed the nature of each noncompliance: (1) Defendant failed to attend mental health counseling; (2) Defendant failed to submit timely Monthly Supervision Reports since February, 2007; (3) Defendant failed to report for scheduled appointments on January 4, 2008 and January 25, 2008; (4) Defendant has not made a payment towards restitution since October, 2007; (5) Defendant did not report to the Probation Office when she moved; and (5) Defendant is residing with

Jeffrey Brown, a convicted felon currently on Parole with the State of Ohio. Defendant, represented by counsel, appeared before this Court on February 22, 2008.

Lisa Surman, Probation Officer, confirmed each noncompliance and recommended the Court extend Defendant's Probation one year.

Counsel for Defendant stated Defendant admits each violation and, although Defendant is attentive to counsel, has been inattentive and neglectful of her responsibilities to the Court and Probation Officer.

The Government had no objections to continuing Defendant's Probation one year.

The Court orders:

- The conditions of Probation extended one year;
- The Defendant to report to the Probation Officer the first Monday of each month;
- Random home visits by Probation;
- The Defendant to make monthly restitution payments; and,
- The Defendant to participate in Mental Health Aftercare as instructed by the Probation Officer.

IT IS SO ORDERED.

 s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

February 25, 2008